UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| STEVEN VLASICH,<br><br>  Plaintiff,<br><br>  vs.<br><br>DR. NAREDDY, et al.,<br><br>  Defendants. | 1:13-cv-00326-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 21.)<br><br>ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANTS DR. BEREGOVSKAYA AND DR. NAREDDY ON PLAINTIFF'S EIGHTH AMENDMENT MEDICAL CLAIMS<br><br>ORDER DISMISSING ALL OTHER CLAIMS AND DEFENDANTS |
|---|---|

Steven Vlasich ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The case now proceeds on the Second Amended Complaint filed by Plaintiff on August 18, 2014. (ECF No. 17.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 27, 2015, the Court entered Findings and Recommendations, recommending that this action proceed only against defendants Dr. Beregovskaya and Dr. Nareddy on Plaintiff's medical claims, and that all other claims and defendants be dismissed from this action based on Plaintiff's failure to state a claim. (ECF No. 21.) Plaintiff was

provided an opportunity to file objections to the Findings and Recommendations within twenty days. To date, Plaintiff has not filed objections or otherwise responded to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on October 27, 2015, are ADOPTED in full;
2. This action now proceeds with Plaintiff's Second Amended Complaint, filed on August 18, 2014, against defendants Dr. Beregovskaya and Dr. Nareddy, on Plaintiff's medical claims;
3. All remaining claims and defendants are DISMISSED from this action;
4. Defendants Dr. C. McCabe, Dr. J. Wong, Dr. Williams, Nurse Kayun, and Nurse B. Morean are DISMISSED from this action with prejudice based on Plaintiff's failure to state any claims upon which relief may be granted against them; and
5. The Clerk is DIRECTED to reflect the dismissal of defendants McCabe, Wong, Williams, Kayun, and Morean from this action on the Court's docket.

IT IS SO ORDERED.

Dated: **December 3, 2015**         **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE