UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. C. NAREDDY, et al.,<br><br>　　　　　Defendants. | 1:13-cv-00326-LJO-EPG (PC)<br><br>ORDER ON PLAINTIFF'S REQUEST TO FORCE LAW LIBRARIAN TO DO HER JOB<br><br>(ECF NO. 46) |

Steven Vlasich ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On April 13, 2017, Plaintiff filed a request for a court order "forcing the law librarian to do her job." (ECF No. 46). The request itself does not state what relief Plaintiff is seeking, but it appears that Plaintiff is unable to make copies of his opposition (and attached exhibits) to Defendants' motion for summary judgment because the law librarian believes they are excessive.

In light of Plaintiff's large number of exhibits and the difficulty he has copying them, the Court will waive Plaintiff's obligation to separately serve opposing counsel a copy of his opposition or exhibits. Instead, he may file them only with the Court. Once they are filed with the Court, Defendants will receive a copy of the opposition and exhibits via CM/ECF, which will constitute service.

The Court notes that Plaintiff is permitted to file with the Court all 43 pages of his opposition, as well as all 356 pages of exhibits that Plaintiff apparently intends to file. Plaintiff may show this order to the law librarian as confirmation that Plaintiff is permitted to submit such

a large number of exhibits. Although the Court does not know if all exhibits are truly relevant, Plaintiff is opposing a motion for summary judgment that could dispose of his case. Plaintiff is permitted to submit all evidence he has in opposition to Defendants' motion to avoid such dismissal. The volume of exhibits appears larger than average, but is not outside the rules.

Based on the foregoing, IT IS ORDERED that Plaintiff does not need to serve Defendants' counsel with a copy of his opposition to Defendants' motion for summary judgment or the attached exhibits. Defendants' counsel's receipt of the opposition and exhibits via CM/ECF will constitute service.

If this does not resolve Plaintiff's issue, he may file another motion. If Plaintiff chooses to file another motion he should lay out in detail the relief he is requesting.

IT IS SO ORDERED.

Dated: **April 14, 2017**  /s/ Erin P. Grosjean
UNITED STATES MAGISTRATE JUDGE