# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH,<br><br>Plaintiff,<br><br>v.<br><br>DR. C. NAREDDY and DR. O. B EREGOVSKAYA,<br><br>Defendants. | Case No. 1:13-cv-00326-LJO-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' EX PARTE REQUEST FOR LEAVE TO FILE REPLY IN EXCESS OF 10 PAGE LIMIT<br><br>(ECF NO. 49) |

On March 7, 2017, the defendants in this case filed a motion for summary judgment. (ECF No. 41). On April 24, 2017, Plaintiff filed his opposition to the motion. (ECF No. 48). On May 1, 2017, the defendants filed this *ex parte* request for leave to file a reply in excess of the 10 page limit set by the Court's standing order. (ECF No. 49). The defendants state that they need up to twenty-five pages to address Plaintiff's opposition because it is forty-two pages, and includes an additional "208 or so pages of 'evidence.'" (Id.).

The Court will grant the defendants' request. The defendants reply will be limited to twenty-five pages.

However, the Court notes that it is unaware of a standing order limiting replies to 10 pages.

///
///
///
///

1

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the defendants' reply to Plaintiff's opposition to the defendants' motion for summary judgment is limited to twenty-five pages.

IT IS SO ORDERED.

Dated: **May 2, 2017**　　　　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE