# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH,<br><br>    Plaintiff,<br><br>v.<br><br>DR. C. NAREDDY and DR. O. BEREGOVSKAYA,<br><br>    Defendants. | Case No. 1:13-cv-00326-LJO-EPG (PC)<br><br>ORDER FOR DEFENDANTS' COUNSEL TO ARRANGE FOR PLAINTIFF'S PARTICIPATION IN THE RESCHEDULED CONFERENCE AND FOR PLAINTIFF TO SHOW CAUSE WHY HE SHOULD NOT BE SANCTIONED FOR FAILURE TO APPEAR |

    Steven Vlasich ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. The Court attempted to hold a telephonic scheduling conference on November 13, 2017. (ECF No. 64). Counsel Jennifer Marquez telephonically appeared on behalf of Defendants. Plaintiff failed to appear.

    The Court has rescheduled the conference to December 12, 2017, at 10:30 a.m. (Id.). Counsel for Defendants shall contact Plaintiff's institution of confinement to arrange for Plaintiff's participation in this conference.

    Additionally, Plaintiff will be required to explain why he did not participate in the conference.

    Accordingly, IT IS ORDERED that:

    1. Counsel for Defendants shall contact Plaintiff's institution of confinement to arrange for Plaintiff's participation in the rescheduled conference; and

///
///
///
///
///

1

2. Plaintiff is ordered to show cause why sanctions should not issue for his failure to attend the telephonic scheduling conference. Plaintiff has until December 6, 2017, to file a written response explaining why he did not attend the conference.

IT IS SO ORDERED.

Dated: **November 15, 2017**  /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE