# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH, | Case No. 1:13-cv-00326-LJO-EPG (PC) |
| Plaintiff, | ORDER APPROVING STIPULATION |
| v. | (ECF NO. 85) |
| DR. C. NAREDDY and DR. O. BEREGOVSKAYA, | |
| Defendants. | |

Pursuant to stipulation of the parties (ECF No. 85) and good cause appearing therefore, the stipulation is APPROVED.

Additionally, IT IS ORDERED that, in consultation with Plaintiff, Defendants shall prepare the video deposition for presentation at trial. This includes editing out extraneous portions of the video deposition.

IT IS SO ORDERED.

Dated: **May 17, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1