UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH,<br><br>Plaintiff,<br><br>v.<br><br>DR. C. NAREDDY and DR. O. BEREGOVSKAYA,<br><br>Defendants. | Case No. 1:13-cv-00326-LJO-EPG (PC)<br><br>ORDER DENYING MOTION IN LIMINE, WITHOUT PREJUDICE<br><br>(ECF NO. 77) |

Steven Vlasich ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983. On February 26, 2018, Plaintiff filed a motion in limine. (ECF No. 77).

The Court will deny Plaintiff's motion in limine, without prejudice, because he filed it prematurely. A Telephonic Trial Confirmation Hearing is currently set for October 17, 2018. At the hearing, and/or in the pretrial order, the assigned district judge will address the procedures and timeline for filing and resolving motions in limine. Plaintiff should not file motions in limine prior to the Telephonic Trial Confirmation Hearing.

///

///

///

1

Accordingly, IT IS ORDERED that Plaintiff's motion in limine is DENIED, without prejudice to Plaintiff re-filing the motion after the Telephonic Trial Confirmation Hearing.

IT IS SO ORDERED.

Dated: **August 9, 2018**  /s/ Erin P. Groj

UNITED STATES MAGISTRATE JUDGE