# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. C. NAREDDY and DR. O. BEREGOVSKAYA,<br><br>　　　　Defendants. | Case No. 1:13-cv-00326-LJO-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT STEVEN VLASICH, CDC #E-10408, PLAINTIFF'S WITNESS<br><br>(ECF NO. 94) |

　　　On November 16, 2018, the Court issued an Order & Writ of Habeas Corpus Ad Testificandum to transport Steven Vlasich, CDC #E-10408, Plaintiff's witness, to the court, so that he could testify at the trial on December 18, 2018. (ECF No. 94). Due to a conflict with a criminal trial, the trial in this case has been continued to February 26, 2019.

　　　Accordingly, IT IS ORDERED that the Order & Writ of Habeas Corpus Ad Testificandum to transport Steven Vlasich, CDC #E-10408, Plaintiff's witness, is VACATED.

IT IS SO ORDERED.

　　　Dated: **December 6, 2018**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE