UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH, | Case No. 1:13-cv-00326-LJO-EPG (PC) |
| Plaintiff, | ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT MICHAEL DORROUGH, CDC #D-83611, PLAINTIFF'S WITNESS (ECF NO. 96) |
| v. | |
| DR. C. NAREDDY and DR. O. BEREGOVSKAYA, | |
| Defendants. | ORDER DENYING MR. DORROUGH'S REQUEST (ECF NO. 102) |

On November 16, 2018, the Court issued an Order & Writ of Habeas Corpus Ad

Testificandum to transport Michael Dorrough, CDC #D-83611, Plaintiff's witness, to the court,

so that he could testify at the trial on December 18, 2018. (ECF No. 96). Due to a conflict

with a criminal trial, the trial in this case has been continued to February 26, 2019. Therefore,

the Court will vacate the Order & Writ of Habeas Corpus Ad Testificandum to transport

Michael Dorrough to the court to testify at trial.

As the Court is vacating the Order & Writ of Habeas Corpus Ad Testificandum, it will

also deny as moot Mr. Dorrough's request to provide testimony at the trial by way of

videoconference or to be removed from the witness list. If Mr. Dorrough has a conflict with

the February 26, 2019, date, preventing his in person appearance, he may file another request,

which will be considered at that time.

Accordingly, IT IS ORDERED that the Order & Writ of Habeas Corpus Ad

Testificandum to transport Michael Dorrough, CDC #D-83611, Plaintiff's witness, is

VACATED.

IT IS FURTHER ORDERED that Mr. Dorrough's request to provide testimony at the

trial by way of videoconference or to be removed from the witness list is DENIED as moot.

Mr. Dorrough will be expected to appear in person at the February 26, 2019 trial date unless he

filed another request and it is approved by the Court.

IT IS SO ORDERED.

Dated: __**December 6, 2018**__          /s/ _Erica P. Grosjean_
                                         UNITED STATES MAGISTRATE JUDGE