UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH,<br><br>Plaintiff,<br><br>v.<br><br>DR. C. NAREDDY and DR. O. BEREGOVSKAYA,<br><br>Defendants. | Case No. 1:13-cv-00326-LJO-EPG (PC)<br><br>ORDER VACATING ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT JAMES MICKEY, CDC #D-37676, PLAINTIFF'S WITNESS<br><br>(ECF NO. 97) |

On November 16, 2018, the Court issued an Order & Writ of Habeas Corpus Ad Testificandum to transport James Mickey, CDC #D-37676, Plaintiff's witness, to the court, so that he could testify at the trial on December 18, 2018. (ECF No. 97). Due to a conflict with a criminal trial, the trial in this case has been continued to February 26, 2019.

Accordingly, IT IS ORDERED that the Order & Writ of Habeas Corpus Ad Testificandum to transport James Mickey, CDC #D-37676, Plaintiff's witness, is VACATED.

IT IS SO ORDERED.

Dated:  __December 6, 2018__          ____/s/ Erica P. Grosjean____
                                       UNITED STATES MAGISTRATE JUDGE