# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH,<br><br>        Plaintiff,<br><br>    v.<br><br>DR. C. NAREDDY and DR. O. BEREGOVSKAYA,<br><br>        Defendants. | Case No. 1:13-cv-00326-LJO-EPG (PC)<br><br>ORDER THAT INMATE **MICHAEL DORROUGH** IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IF DISCHARGED |

    A jury trial in this matter commenced on February 26, 2019, inmate Michael Dorrough, Inmate CDC #D-83611, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

    Dated:   **February 26, 2019**          /s/ Lawrence J. O'Neill
                                                        UNITED STATES CHIEF DISTRICT JUDGE