UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN VLASICH,<br><br>                Plaintiff,<br><br>     v.<br><br>DR. C. NAREDDY and DR. O. BEREGOVSKAYA,<br><br>                DEFENDANTS. | 1:13-cv-00326-LJO-EPG (PC)<br><br>MEMORANDUM DECISION AND ORDER DENYING REQUEST FOR TRANSCRIPTS<br><br>(ECF NO. 144) |

       Plaintiff Steven Vlasich, a state prisoner proceeding *pro se* and *in forma pauperis*, alleged in this case that Defendants Dr. Nareddy and Dr. Beregovskaya (collectively "Defendants") were deliberately indifferent to his medical needs in violation of the Eighth Amendment and 42 U.S.C. § 1983. After a jury trial on February 27 and 28, 2019, ECF Nos. 133 & 134, the jury quickly returned a special verdict indicating that Plaintiff did not have a serious medical need. ECF No. 135. On April 1, 2019, Plaintiff filed a Notice of Appeal. ECF No. 139. On April 29, 2019, Plaintiff filed a motion for preparation of transcript at government's expense. ECF No. 144.

       Plaintiff asks the Court to order transcripts of the trial at the government's expense. He plans to us the transcripts to support an appeal. According to Plaintiff, the transcripts will "expose the overwhelming evidence of a serious medical condition, while at the same time showing a lack of any evidence that Plaintiff did not have a serious medical condition, thus proving the jury's verdict was against the evidence." ECF No. 144.

Pursuant to 28 U.S.C. § 753(f), "[f]ees for transcripts furnished in [civil] proceedings to persons permitted to appeal in forma pauperis shall also be paid by the United States if the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question)." A substantial question exists where the issue before the court of appeals is reasonably debatable." *Tuggles v. City of Antioch*, C08–01914JCS, 2010 WL 3955784 (N.D. Cal. Oct. 8, 2010) (internal citations and quotations omitted); *see also Randle v. Franklin*, No. CV-08-00845-JAT, 2012 WL 201757, at *2 (E.D. Cal. Jan. 23, 2012).

Plaintiff already has received approval to proceed *in forma pauperis* (ECF No. 7), and there is no indication in the record that his financial situation has changed. However, Plaintiff has failed to demonstrate that his appeal presents a substantial issue. As the Court indicated in its order denying Plaintiff's motion for a new trial, "[t]he matters in dispute were fact questions for the jury to decide and the evidence presented could have gone either way. The record provides the Court with no basis on which it could conclude that the jury made a mistake, let alone that the jurors ignored the law provided to them." ECF No. 142 at 2. The ground(s) for appeal advanced by Plaintiff do not present any substantial question(s). Accordingly, it is inappropriate to provide transcripts for Plaintiff at government expense.

**CONCLUSION AND ORDER**

Based on the facts the Court has before it, it is unable to find that Plaintiff's appeal presents a substantial question. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for preparation of transcript at government's expense is DENIED.

Should Plaintiff seek a transcript from the court reporter, a request must be made in writing and addressed to the court reporter. Any payment arrangements must be made with the court reporter as set forth in 28 U.S.C. § 753(f).

IT IS SO ORDERED.

Dated:   **May 7, 2019**              **/s/ Lawrence J. O'Neill**
                                       UNITED STATES CHIEF DISTRICT JUDGE